Gaines v. Astrazeneca Pharmaceuticals, L.P. et al
Case 4:06-cv-00612-CW   Document 8   Filed 05/26/2006   Page 1 of 4
Doc. 8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GAINES,<br><br>       Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>       Defendants.<br>_____/ | No. C 06-00612 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court. Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06             _____
                                                CLAUDIA WILKEN
                                                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GAINES,<br><br>      Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>      Defendants.<br>_____/ | No. C 06-00612 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.  Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

**Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06          _____
                                                CLAUDIA WILKEN
                                                UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GAINES,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>    Defendants.<br>_____/ | No. C 06-00612 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings. All hearing and motion dates are VACATED pending further order of this Court. Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06                 _____<br>
                                    CLAUDIA WILKEN<br>
                                    UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA GAINES,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.,<br><br>    Defendants._____/ | No. C 06-00612 CW<br><br>ORDER TEMPORARILY STAYING ACTION AND DENYING MOTION TO DISMISS WITHOUT PREJUDICE |

    IT IS HEREBY ORDERED that all further proceedings in this case are STAYED pending a decision by the Judicial Panel on Multidistrict Litigation (MDL 1769) regarding the transfer of this case for consolidated pretrial proceedings.  All hearing and motion dates are VACATED pending further order of this Court.  Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca LP's Motion to Dismiss for Lack of Federal Subject Matter Jurisdiction is denied without prejudice.

    **Plaintiff shall serve on all other parties a copy of this Order.**

Dated: 5/26/06                    _____
                                  CLAUDIA WILKEN
                                  UNITED STATES DISTRICT JUDGE