**JUDICIAL PANEL ON**
**MULTIDISTRICT LITIGATION**

JUL 17 2006

FILED
CLERK'S OFFICE

DOCKET NO. 1596

## BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-58)

On April 14, 2004, the Panel transferred six civil actions to the United States District Court for the Eastern District of New York for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 314 F.Supp.2d 1380 (J.P.M.L. 2004). Since that time, 1,128 additional actions have been transferred to the Eastern District of New York. With the consent of that court, all such actions have been assigned to the Honorable Jack B. Weinstein.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of New York and assigned to Judge Weinstein.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of New York for the reasons stated in the order of April 14, 2004, and, with the consent of that court, assigned to the Honorable Jack B. Weinstein.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of New York. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG - 2 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-58 - TAG-ALONG ACTIONS
## DOCKET NO. 1596
## IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION

<u>DIST. DIV. C.A. #</u>             <u>CASE CAPTION</u>

**ALABAMA MIDDLE**
~~ALM 2 06-481~~             ~~Mary Mallard v. Eli Lilly & Co., et al.~~ Opposed 8/2/06
~~ALM 2 06-542~~             ~~Patricia Segrest v. Eli Lilly & Co., et al.~~ Opposed 8/2/06

**CALIFORNIA NORTHERN**
CAN 3  06-546              John Jones v. AstraZeneca Pharmaceuticals, LP, et al.   06-CV-4655
CAN 3  06-554              Casey Jones, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4656
CAN 3  06-560              Tracy Martin v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4657
CAN 3  06-563              James Miller, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4658
CAN 3  06-576              Emanuel Johnson, Jr., et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4659
CAN 3  06-581              Cheryl Cole, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4660
CAN 3  06-583              Marisa Castillo v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4661
CAN 3  06-584              Stephen Carr v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4662
CAN 3  06-593              Herman McAfee v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4663
CAN 3  06-594              Andre Senay v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4664
CAN 3  06-595              Amesha Thorne v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4665
CAN 3  06-596              Faith McConnell v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4666
CAN 3  06-597              Patti Cato, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4667
CAN 3  06-605              Wendy Melebeck v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4668
CAN 3  06-607              Cynthia Crockett v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4669
CAN 3  06-617              James Martin v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4670
CAN 3  06-619              Rodney Davis v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4671
CAN 3  06-641              Dorothy McGee, et al. v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4672
CAN 4  06-603              Lori Brendgard v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4673
CAN 4  06-612 ✓            Debra Gaines v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4674
CAN 4  06-616              Jeanette Severi v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4675
CAN 4  06-656              Corde Williams v. AstraZeneca Pharmaceuticals, LP, et al. 06-CV-4676

**ILLINOIS SOUTHERN**
ILS 3  06-411              Meghan Knobe v. Eli Lilly & Co.  06-CV-4677

**INDIANA SOUTHERN**
INS 1  06-992              Sandra Strange v. Eli Lilly & Co.  06-CV-4678

**MISSISSIPPI NORTHERN**
MSN 2  06-102              Robert Towns v. Eli Lilly & Co.  06-CV-4679

**NEW YORK SOUTHERN**
NYS 1  06-4134             Earnest Smith, et al. v. Eli Lilly & Co.  06-CV-4680

**PENNSYLVANIA EASTERN**
PAE 2  06-2290             Harold T. Moore v. Eli Lilly & Co.  06-CV-4681
PAE 2  06-2457             Troy D. Gillenwater v. Eli Lilly & Co.  06-CV-4682
PAE 2  06-2601             Margaret R. Dennis v. Eli Lilly & Co.  06-CV-4683
PAE 2  06-2683             Crystal McVea v. Eli Lilly & Co.  06-CV-4684